United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-16488-mdc
Fatmatta Ofori-Atta                                                   Chapter 7
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia              Page 1 of 1              Date Rcvd: Oct 01, 2018
                              Form ID: 130                Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2018.
db            +Fatmatta Ofori-Atta,    4018 Magee Avenue,    Philadelphia, PA 19135-2523

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Fatmatta  Ofori-Atta dmo160west@gmail.com,
               davidoffenecf@gmail.com
              TERRY P. DERSHAW    td@ix.netcom.com,  PA66@ecfcbis.com;7trustee@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:　　　　　　　　　　　　　　　　　　Chapter: 7

　　Fatmatta Ofori−Atta
　　　　　　　　Debtor(s)　　　　　　　Bankruptcy No: 18−16488−mdc

## *O R D E R*

**AND NOW,** this 1st day of October, 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

　　Documents and Deadline

　　Atty Disclosure Statement due 10/12/2018
　　Chapter 7 Statement of Your Current Monthly Income Form 122A−1 Due 10/12/2018
　　Schedules AB−J due 10/12/2018
　　Statement of Financial Affairs due 10/12/2018
　　Summary of Assets and Liabilities Form B106 due 10/12/2018
　　Means Test Calculation B122A−2 due 10/12/2018
　　Incomplete Filings due by 10/12/2018. Any request for an extension of time must be filed
　　prior to the expiration of the deadlines listed.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By the Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Magdeline D. Coleman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge , United States Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　8
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Form 130